1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10   JESUS PILARE,                                        No. C 06-00023 WHA

11              Plaintiff,

12     v.                                                 **FINAL PRETRIAL ORDER**

13   MATSON NAVIGATION COMPANY,

14              Defendant.

15   _____/

16          **FOR GOOD CAUSE** and after a final pretrial conference, the Court issues the

17   following final pretrial order:

18          1.     This case shall go to a **JURY TRIAL** on **FEBRUARY 26, 2007**, at **7:30 A.M.**, and

19   shall continue until completed on the schedule discussed at the conference.  The issues to be

20   tried shall be those set forth in the joint proposed pretrial order except to the extent modified by

21   order *in limine*.  This final pretrial order supersedes all the complaint, answer and any

22   counterclaims, cross-claims or third-party complaints, *i.e.*, only the issues expressly identified

23   for trial remain in the case.

24          2.     An evidentiary hearing on the Coast Guard regulations will occur at **1:00 P.M.**

25   **ON FEBRUARY 21, 2007**.

26          3.     Except for good cause, each party is limited to the witnesses and exhibits

27   disclosed in the joint proposed final pretrial order less any excluded or limited by an order

28   *in limine*.  Possibly, Randall Sharpe will be allowed as a trial witness.  Materials or witnesses

**United States District Court**
For the Northern District of California

United States District Court

For the Northern District of California

1  used solely for impeachment need not be disclosed and may be used, subject to the rules of

2  evidence.

3          4.      The stipulations of facts set forth in the joint proposed final pretrial order are

4  approved and binding on all parties.

5          5.      A jury of **EIGHT PERSONS** shall be used.

6          6.      Each side shall have **SEVEN HOURS** to examine witnesses (counting direct

7  examination, cross-examination, re-direct examination, re-cross examination, etc.).

8  Opening statements and closing arguments shall not count against the limit.

9          7.      The parties shall follow the Court's current *Guidelines for Trial and*

10 *Final Pretrial Conference*, separately provided and available on the Internet at

11 http://www.cand.uscourts.gov, which guidelines are incorporated as part of this order.

12

13         **IT IS SO ORDERED.**

14

15 Dated:  February 12, 2007.

16                                                      WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28