IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESUS PILARE,<br><br>    Plaintiff,<br><br>  v.<br><br>MATSON NAVIGATION COMPANY,<br>and DOES ONE through TEN, inclusive,<br><br>    Defendants.<br>_____/ | No. C 06-00023 WHA<br><br>**ORDER RE DEFENDANT'S OBJECTION TO PLAINTIFF'S AMENDED WITNESS LIST** |

Plaintiff is **ORDERED** to respond by **NOON ON FRIDAY, FEBRUARY 23, 2007**, to defendant's objection. Both sides are **ORDERED** to bring to the first day of trial all case materials including correspondence needed to resolve this issue.

**IT IS SO ORDERED.**

Dated: February 21, 2007.

                                              WILLIAM ALSUP
                                              UNITED STATES DISTRICT JUDGE