LYLE C. CAVIN, JR., SBN 44958
CHRISTOPHER W. GOODROE, SBN 224386
LAW OFFICES OF LYLE C. CAVIN, JR.
201 Fourth Street, Suite 102
Oakland, California 94607
Telephone: 510-444-2501
Facsimile: 510-444-4209

Attorneys for Plaintiff,
Jesus Pilare

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JESUS PILARE, | Case No. C 06-00023 WA |
|---|---|
| Plaintiff, | ~~PROPOSED~~ ORDER |
| v. | |
| MATSON NAVIGATION COMPANY, and DOES ONE through TEN, Inclusive, | |
| Defendants. / | |

The above matter is proceeding to trial on Monday, February 26, 2007 at 7:30 a.m. in Judge Alsup's Court on the 19th Floor. Evidence in this trial will be presented to the jury to see and as such, certain audio/visual equipment is required to be brought into the courthouse. It is anticipated that the needed equipment will consist of a screen, a DVD player, an ELMO machine and a video projector. There may be some additional equipment.

By Order Of The Court these items shall be allowed into the courthouse.

By: _____
The Honorable William H. Alsup
United States District Court Judge

*IT IS SO ORDERED*

---